JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>CHARLIE'S TRIO CAFÉ, L.P. d/b/a CHARLIE'S TRIO, a California Limited Partnership; and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No. CV 22-3093 PA (JCx)<br><br>JUDGMENT OF DISMISSAL |

     In accordance with the Court's November 28, 2022 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 8, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE